# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### THE STATE v. ROGERS.

APPEAL: NO NOTICE ON CLERK: JUDGMENT AFFIRMED.

*Appeal from Shelby District Court.*

FIRDAY, MARCH 4, 1887.

THE defendant Sarah J. Rogers was indicted for the crime of resisting an officer. Verdict and judgment were rendered against her. She appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general,* for the State.

ADAMS, CH. J.—This case is submitted upon the transcript. Notice of appeal seems to have been duly served upon the district attorney, but we are unable to discover that the notice was served upon the clerk of the court. The statute provides for such service, and without it we cannot hold that the appeal was perfected. It follows that we have no jurisdiction of the case, and the appeal must be

DISMISSED.